**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ADAM McCURDY,

Plaintiff,

v.

FIFTH THIRD MORTGAGE CORP., and

SAFE GUARD PROPERTIES,

Defendant.

**COMPLAINT**

1. This action seeks redress against defendants Fifth Third Mortgage Corp. ("Fifth Third"), and Safe Guard Properties ("SG") for breaking into plaintiff's property, removing plaintiff's personal property, and "winterizing" plaintiff's property without his consent. Count I alleges that defendant Fifth Third violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.,* Count II alleges that defendants trespassed on plaintiff's property. Count III alleges that defendants removed plaintiff's personal property from his home. Count IV alleges that defendants converted plaintiff's personal property by assuming control over his personal property and removing it from his home. Count V alleges that defendants were negligent in their actions towards plaintiff. Count VI alleges that defendants intentionally inflicted emotional distress on plaintiff. Count VII alleges that defendants violated the Illinois Consumer Fraud Act.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 1367, 12 U.S.C. §2605, and 15 U.S.C. §1692k.

3. Venue in this District is proper because each defendant does or transacts business in this District, and the events in question occurred in this district.

## PARTIES

4. Plaintiff, Adam McCurdy (McCurdy") is an individual who resides in Crete, Illinois.

5. Defendant, Fifth Third ("Fifth Third"), is a regional banking corporation, headquartered and incorporated in Cincinnati, Ohio and is registered as foreign corporation in the State of Illinois.

6. Defendant, Safe Guard Properties ("SG") is an Ohio corporation, which does business in Will County. SG is in the business of securing and preserving property for mortgage lenders and others in the foreclosure industry.

## FACTS

7. McCurdy owns and occupies a home located in Crete, Illinois.

8. McCurdy's Crete property was well maintained, and well secured. All of the utility services were connected and fully functioning. The kitchen was stocked with food.

9. On or about February 18, 2014, defendant SG and/or its agents, acting on behalf of Fifth Third broke into MCurdy's property.

10. Given the condition of plaintiff's home and the fact that his possessions remained in his home it was obvious to defendants that plaintiff's home was occupied and not abandoned.

11. Defendant SG was hired by Fifth Third, and was acting in response to instructions provided by Fifth Third.

12. SG and/or its agents changed the locks on plaintiffs property, "winterized" the property by turning off the water supply and disconnecting the water heater.

13. SG and/or its agents either removed or caused to be removed, a large amount of plaintiff's personal property from his home, including, but not limited to: guns, jewelry, money, and various tools including a leaf blower, electronic saw and other power tools.

14. SG had also caused significant damage to the property when they broke into McCurdy's property, including but not limited to carpet replacement, furnace repair, cost to repair the front door and change the locks finally, the cost of dewinterizing the property itself.

15. McCurdy discovered defendants' actions on February 18, 2014, when he was informed by coworkers that a representative from SG had visited his place of employment and advised that he was going to break in to McCurdy's property if he was not given the key to the residence. Upon returning home, McCurdy discovered an SG representative had changed the locks and a lock box had been placed on the door, the garage door had been left unsecured and open and posted a notice on the property.

16. McCurdy reported the events to the Will County Sheriff on February 18, 2014. (Exhibit A)

17. McCurdy then retained legal counsel who sent a demand to Fifth Third demanding the winterization process be reversed, and plaintiff's personal property be returned to plaintiff.

18. Defendant failed to respond to the letter.

19. McCurdy was therefore forced to hire somebody to reverse the winterization and make repairs so that he could continue to reside in the property.

20. Along with suffering the loss of his personal property, McCurdy suffered extreme emotional distress when he returned home to find that his property had been accessed, his house had been "winterized" and his valuable personal possessions had been removed.

**COUNT I — Fair Debt Collection Practices Act**

21. Plaintiff incorporates paragraphs 1 – 20 referenced above. This count is against defendant SG.

22. SG is a debt collector as defined by the Fair Debt Collection Practices Act ("FDCPA") because its principal business is the enforcement of security interests in property.

23. Defendant SG violated 15 U.S.C. §1692f, when it took nonjudicial action to effect plaintiff's dispossession of his home and his personal property, despite having no present right to possession of the property.

24. 15 U.S.C. §1692f provides:

> **A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**
> ........
>
> **(6) Taking or threatening to take any nonjudicial means to effect dispossession or disablement of property if –**
>
> **(A) there is no present right to possession of the property claimed as collateral through an enforceable security interest;**

25. Because no order had been entered giving defendants possession of the property, and because plaintiff's property was known to be occupied and was well secured and maintained, defendants, including SG, had no right to change plaintiff's locks, remove his personal property or winterize his property.

26. Plaintiff suffered actual damages, including extreme emotional distress as a result of SG's actions.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of the plaintiff and against defendant SG for:

(a) Actual damages;

(b) Statutory damages;

(c) Attorney's fees, litigation expenses and costs of suit;

(d) Such other or further relief as the Court deems proper.

**COUNT II – Trespass**

27. McCurdy incorporates paragraphs 1-20 referenced above.

28. This count is against all defendants.

29. Defendants and/or defendants' agents entered plaintiff's property without plaintiff's knowledge or consent.

30. McCurdy did not authorize defendants to enter his property.

31. The defendants' actions in entering plaintiff's property, changing his locks, "winterizing" his home, and removing his personal property were done with the intent to deprive and interfere with plaintiff's substantial right to possession and use of his home.

32. Based on defendant's entry into plaintiff's home, even after being contacted by an attorney, plaintiff fears that defendants will continue to break into his home.

WHEREFORE, plaintiff requests that this Court enter judgment against defendants and in favor of plaintiff for:

a) Actual damages;

b) Punitive damages;

c) Court costs;

d) An injunction prohibiting defendants from further trespasses into plaintiff's home until they have the necessary court orders granting them possession of the property;

e) Whatever other relief this Court deems just and proper.

**COUNT III — Trespass to Chattels**

33. Plaintiff incorporates paragraphs 1-20 by referenced above.

34. This count is against all defendants.

35. Defendants and/or defendants' agents removed plaintiff's personal property from his home, and failed to return the property.

36. Defendants' actions were intentional, willful and wanton.

WHISEFORE, plaintiff requests that this Court enter judgment against defendants and in favor of plaintiff for:

a) Actual damages;

b) Punitive damages;

c) Court costs;

d) Whatever other relief this Court deems just and proper.

**COUNT IV — Conversion**

37. Plaintiff incorporates paragraphs 1 – 20 referenced above.

38. This count is against all defendants.

39. Defendants and/or defendants' agents assumed control over plaintiff's personal property and removed it from his home.

40. Plaintiff's right to his personal property was absolute and unconditional and nobody else had any legal right to the property.

41. Defendants' assumption of control over plaintiffs personal property was wrongful and without plaintiff's authority.

42. As a result of defendants' conversion, plaintiff has been damaged and deprived of property.

WHEREFORE, plaintiff requests that this Court enter judgment against defendants and in favor of plaintiff for:

a) Actual damages;

b) Punitive damages;

c) Court costs;

d) Whatever other relief this Court deems just and proper.

**Count V — Negligence**

43 Plaintiff incorporates paragraphs 1 -20 by referenced above.

44. This count is against all defendants.

45 Each defendant owed a duty to plaintiff to conduct its affairs in a reasonable, prudent and ordinary manner.

46. Each defendant had a duty to obey the laws and orders entered by the Court.

47. Each defendant was negligent in one or more of the following manners:

a Carelessly and negligently failing to notify its agents or others acting on its behalf that there was no court order granting possession of plaintiffs home;

b. Carelessly and negligently failing to prevent its agents or others acting on its behalf from trespassing, removing plaintiff's possessions, and winterizing plaintiff's property;

c. Carelessly and negligently locking plaintiff out of his home; and/or

d. Carelessly and negligently breaking into plaintiff's home.

WHEREFORE, plaintiff requests that this Court enter judgment against defendants and in favor of plaintiff for:

a) Actual damages;

b) Punitive damages;

c) Court costs;

d) Whatever other relief this Court deems just and proper.

**Count VI— Intentional Infliction of Emotional Distress**

48. Plaintiff realleges paragraphs 1–20 referenced above.

49. This count is against all defendants.

50. Defendants are experienced in the business of mortgage foreclosures, property preservation and evictions.

51. Defendants or their agents were fully aware that plaintiff was in possession of and occupying the property in question (as they had inspected the property) and were therefore aware that locking his out of his home, removing his property and making his home inhabitable by "winterizing" it, would severely damage plaintiff.

52. Defendants had full knowledge of their lack of legal justification for illegally locking plaintiff out of his home and removing his possessions.

53. Defendants' actions were done with the intention to cause emotional distress or with reckless and deliberate disregard of the high probability that emotional distress would result from their actions.

54. As a result of defendants' outrageous and extreme conduct, plaintiff suffered actual damages due to severe extreme emotional distress in the following ways:

a. Plaintiff returned to his home to find it locked, and uninhabitable because defendants had disconnected the water supply and hot water heater in the middle of Winter.

b. Plaintiff returned to his home to find his valuable personal possessions gone.

c. Defendants' actions cause plaintiff extreme emotional distress. Upon finding that he had been locked out of his home and that his possessions had been removed, plaintiff was moved to tears. In the time after plaintiff was locked out of his home, he experienced almost continual tension headaches. Plaintiff also lost sleep due to the stress of the situation. Plaintiff was also embarrassed in front of his neighbors by the notices defendants placed on his property.

55. Defendants' extreme and outrageous conduct as described above was the actual and proximate cause of plaintiff's emotional distress.

WHISEFORE, plaintiff requests that this Court enter judgment against defendants and in favor of plaintiff for:

a) Actual damages;

b) Punitive damages;

c) Court costs;

d) Whatever other relief this Court deems just and proper.

**COUNT VII— Illinois Consumer Fraud Act**

56. Plaintiff incorporates paragraphs 1-20 referenced above.

57. This count is against all defendants.

58. Defendants engaged in unfair and deceptive acts and practices and violated Illinois public policy, in violation of 815 ILCS 505/2, when they trespassed into plaintiff's property, removed his possessions, winterized his property and, on information and belief, charged his for doing so.

59. Illinois mortgage foreclosure law provides that the homeowner is entitled to possession of his property until after certain court orders have been entered. Defendants' actions in attempting to dispossess McCurdy's from his property prior to the entry of those orders violated Illinois public policy.

60. Defendants engaged in such conduct in the course of trade and commerce.

61. Defendants engaged in such conduct knowing that it would injure McCurdy, and McCurdy did indeed suffer monetary damages as a result of defendants' conduct, as set forth above.

WHISEFORE, the Court should enter judgment in favor of plaintiff and against defendants:

(e) Awarding compensatory and punitive damages;

(f) Awarding attorney's fees, litigation expenses and costs;

(g) Awarding such other and further relief as the Court deems proper.

Respectfully submitted,

ADAM MCCURDY

By: s/Richard J. Miller
one of his attorneys

Richard J. Miller
Miller Law Firm, P.C.
1051 Perimeter Drive, Suite 400
Schaumburg, IL 60173
ph: (847) 995-1205
email: richard.miller@millerlawfirm.org
No. 6294472

# EXHIBIT A

Printed by: wf_02071
Printed date/time: 3/19/14 8:57

# Incident Report



WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

**Incident Number: LW1140218002172**

## Incident Summary

Incident Type: SUSPICIOUS CIRCUMSTANCES
Juv involved: No
Report Type:
Inc Occurred Address: 747 W WINDSOR AV, CRETE, ILLINOIS 60417
Sector/Beat: E/WCSP
Inc Occurred Start: 02/18/2014 14:30
Inc Occurred End: 02/18/2014 14:34
Report Taken:
Domestic: N
Bias Motivation: NONE
Gang Related: N
Substance: U
Contact Nature:
Reported Date/Time: 02/18/2014 14:34
Reporting Officer: SCHWARTZ, ANDREW 02081
Primary Assigned Officer: GRIEBEL, MATTHEW 01913
Case Status: ADMIN CLOSED
Disposition: NONE
Disposition Date: 02/19/2014 08:52

## Offenses

Statute Code: 9110
Statute Desc: DISTURBANCE
Enhancers:
Counts: 1
Statute Severity:

Statute Code: 9104
Statute Desc: SUSPICIOUS CIRCUMSTANCES
Enhancers:
Counts: 1
Statute Severity:

COPY

## Persons Involved

Person#: 0001
Event Association: COMPLAINANT (PERSON MAKING CALL FOR :
Name: MCCURDY, ADAM G
Age: 36 - 36
Address: 747 W WINDSOR AV, CRETE, ILLINOIS 60417
Sector/Beat: E/WCSP



## Person Offenses

Statute Code: 9104
Statute Desc: SUSPICIOUS CIRCUMSTANCES
Enhancers:
Counts: 1

Statute Code: 9110
Statute Desc: DISTURBANCE
Enhancers:
Counts: 1

## Vehicles Involved

Vehicle#: 0001
Event Assoc: SEARCHED
Vehicle Type: A
Year: 1999
Vehicle Status:
Make: CHEVROLET
Model:
VIN: 1GBFG15R4X1021560
License#: VGX177
State: IN
Expires On:
Style: VAN
Prim Color: GREEN
Sec Color:
Ter Color:
Status Dt/Tm: 02/18/2014 14:34
Status Value:
Recovered Date:
Recovered Value:
NCIC Date:
NCIC Reported By:
NCIC#:
NCIC Cancelled:

# Incident Report



WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

**Incident Number: LW1140218002172**

## Property Involved

**Property # 0001**

Event Assoc/Orig status: STOLEN/ETC.
Current Status: STOLEN/ETC.
Property Type:
Description: JAR OF SILVER
Make/Brand:
Color: SILVER
Serial/Lot#:
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:34:19
Current Status Date: 2/18/2014 14:34:19
Original Value:
Current Value: $500.00
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0002**

Event Assoc/Orig status: RELEASED TO OWNER
Current Status: RELEASED TO OWNER
Property Type:
Description: BERETTA 9MM
Make/Brand: BERETTA
Color: BLACK
Serial/Lot#: BER065411Z
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:34:19
Current Status Date: 2/18/2014 14:34:19
Original Value:
Current Value:
Caliber:
Model: 92F
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0003**

Event Assoc/Orig status: STOLEN/ETC.
Current Status: STOLEN/ETC.
Property Type:
Description: MODEL 66 REVOLVER
Make/Brand: SMITH & WESSON
Color: STAINLESS STEEL
Serial/Lot#: 30838
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:34:19
Current Status Date: 2/18/2014 14:34:19
Original Value:
Current Value: $600.00
Caliber: .357 REMINGTON MAGNUM; .357 MAXIMUM; .357 AUTOMAG
Model: MODEL 66
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

Printed by: w1_02071
Printed date/time: 3/19/14 8:57

# Incident Report



WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

**Incident Number: LW1140218002172**

## Property Involved

**Property # 0004**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:**
**Description:** SPRINGFIELD XD
**Make/Brand:** SPRINGFIELD
**Color:** BLACK
**Serial/Lot#:** US483358
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:34:19
**Current Status Date:** 2/18/2014 14:34:19
**Caliber:** .40 S&W; 10MM
**Model:** XD
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

**Original Value:**
**Current Value:** $475.00

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0005**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:**
**Description:** REMINGTON 870 SHOTGUN
**Make/Brand:** REMINGTON ARMS CO., INC.
**Color:** BLACK AND BROWN
**Serial/Lot#:** 5685136V
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:34:19
**Current Status Date:** 2/18/2014 14:34:19
**Caliber:**
**Model:** 870
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

**Original Value:**
**Current Value:** $350.00

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

# Incident Report



WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

**Incident Number:** LW1140218002172-002

## Incident Summary

**Incident Type:** SUSPICIOUS CIRCUMSTANCES
**Juv involved:** No
**Report Type:**
**Inc Occurred Address:**
**Sector/Beat:** E/
**Inc Occurred Start:** 02/24/2014 19:59
**Inc Occurred End:** 02/24/2014 19:59
**Report Taken:** 02/24/2014 19:59
**Domestic:** N
**Bias Motivation:**
**Gang Related:** U
**Substance:** U
**Contact Nature:**
**Reported Date/Time:**
**Reporting Officer:** GRIEBEL, MATTHEW 01913
**Primary Assigned Officer:**
**Case Status:** REFUSED COOPEF
**Disposition:** NO COMPLAINT TO BE SIGNED
**Disposition Date:** 02/25/2014 12:45

## Property Involved

**Property # 0001**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:** SAW (NOT CHAIN SAW)
**Description:** STIHL CONCRETE CHOP SAW
**Make/Brand:** STIHL
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**
**Evidence:** No
**Original Status Date:** 2/14/2014 14:30:00
**Current Status Date:** 2/14/2014 14:30:00
**Original Value:** $950.00
**Current Value:** $950.00
**Model:** STIHL MODEL TS 400
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0002**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:** CHAIN SAW
**Description:** STIHL CHAIN SAW
**Make/Brand:** STIHL
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**
**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00
**Current Status Date:** 2/18/2014 14:30:00
**Original Value:** $475.00
**Current Value:** $475.00
**Model:** STIHL MODEL MS 260 CHAIN SAW
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

Incident Number: LW1140218002172-002

## Property Involved

**Property # 0003**

Event Assoc/Orig status: STOLEN/ETC.
Current Status: STOLEN/ETC.
Property Type: TRIMMER
Description: STIHL MODEL 90RS TRIMMER
Make/Brand: STIHL
Color:
Serial/Lot#:
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:30:00
Current Status Date: 2/18/2014 14:30:00
Original Value: $400.00
Current Value: $400.00
Model: STIHL MODEL 90RS TRIMMER
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0004**

Event Assoc/Orig status: STOLEN/ETC.
Current Status: STOLEN/ETC.
Property Type: LEAF BLOWER
Description: STIHL MODEL 65 BLOWER
Make/Brand: STIHL
Color:
Serial/Lot#:
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:30:00
Current Status Date: 2/18/2014 14:30:00
Original Value: $210.00
Current Value: $210.00
Model: STIHL MODEL 65 BLOWER
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0005**

Event Assoc/Orig status: STOLEN/ETC.
Current Status: STOLEN/ETC.
Property Type: TOOLBOX
Description: MISCELLANEOUS HAND TOOLS AND TOOL BOX
Make/Brand:
Color:
Serial/Lot#:
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:30:00
Current Status Date: 2/18/2014 14:30:00
Original Value: $150.00
Current Value: $150.00
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

# Incident Report



WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

**Incident Number: LW1140218002172-002**

## Property Involved

**Property # 0006**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:** RING
**Description:** SAPPHIRE RING
**Make/Brand:**
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00
**Current Status Date:** 2/18/2014 14:30:00
**Original Value:**
**Current Value:**
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0007**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:** RING
**Description:** EMERALD RING
**Make/Brand:**
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00
**Current Status Date:** 2/18/2014 14:30:00
**Original Value:**
**Current Value:**
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0008**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:** RING
**Description:** DIAMOND ENGAGEMENT RING
**Make/Brand:**
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00
**Current Status Date:** 2/18/2014 14:30:00
**Original Value:**
**Current Value:**
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

# Incident Report



WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

Incident Number: LW1140218002172-002

## Property Involved

**Property # 0009**

Event Assoc/Orig status: STOLEN/ETC.
Current Status: STOLEN/ETC.
Property Type: RING
Description: RUBY RING
Make/Brand:
Color:
Serial/Lot#:
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:30:00
Current Status Date: 2/18/2014 14:30:00
Original Value:
Current Value:
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0010**

Event Assoc/Orig status: STOLEN/ETC.
Current Status: STOLEN/ETC.
Property Type:
Description: MISCELLANEOUS JEWELRY
Make/Brand:
Color:
Serial/Lot#:
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:30:00
Current Status Date: 2/18/2014 14:30:00
Original Value: $800.00
Current Value: $800.00
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0011**

Event Assoc/Orig status: STOLEN/ETC.
Current Status: STOLEN/ETC.
Property Type: WATCH
Description: RAILROAD POCKET WATCH
Make/Brand:
Color:
Serial/Lot#:
NCIC Date:
NCIC#:

Evidence: No
Original Status Date: 2/18/2014 14:30:00
Current Status Date: 2/18/2014 14:30:00
Original Value: $150.00
Current Value: $150.00
Model:
Quantity: 1
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

# Incident Report



WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

**Incident Number: LW1140218002172-002**

## Property Involved

**Property # 0012**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:**
**Description:** GOLDEN EGGS FROM GREECE
**Make/Brand:**
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00 **Original Value:**
**Current Status Date:** 2/18/2014 14:30:00 **Current Value:**
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0013**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:** WATCH
**Description:** BULOVA MENS AND WOMENS WATCH SET
**Make/Brand:** BULOVA
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00 **Original Value:**
**Current Status Date:** 2/18/2014 14:30:00 **Current Value:**
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0014**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:**
**Description:** MISCELLANOUS MAKEUP
**Make/Brand:**
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00 **Original Value:** $45.00
**Current Status Date:** 2/18/2014 14:30:00 **Current Value:** $45.00
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

# Incident Report



WILL COUNTY SHERIFF'S DEPT
2402 E. LARAWAY RD
JOLIET, ILLINOIS 60433
(815) 727-8575

**Incident Number: LW1140218002172-002**

## Property Involved

**Property # 0015**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:** STAMP (EXCLUDING FOOD STAMP)
**Description:** STAMPS
**Make/Brand:**
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00
**Current Status Date:** 2/18/2014 14:30:00
**Original Value:** $35.00
**Current Value:** $35.00
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0016**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:**
**Description:** MISCELLANEOUS KITCHEN SUPPLIES
**Make/Brand:**
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00
**Current Status Date:** 2/18/2014 14:30:00
**Original Value:** $15.00
**Current Value:** $15.00
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |

**Property # 0017**

**Event Assoc/Orig status:** STOLEN/ETC.
**Current Status:** STOLEN/ETC.
**Property Type:**
**Description:** MISC PERSONAL CARE ITEMS INCL CONDOMS, TAMPONS, SHAMPOO AND BODY WASH
**Make/Brand:**
**Color:**
**Serial/Lot#:**
**NCIC Date:**
**NCIC#:**

**Evidence:** No
**Original Status Date:** 2/18/2014 14:30:00
**Current Status Date:** 2/18/2014 14:30:00
**Original Value:** $27.00
**Current Value:** $27.00
**Model:**
**Quantity:** 1
**Owner Applied#:**
**NCIC Reported By:**
**NCIC Cancelled:**

### Property/Person Associations

| Per#: | Person Name: | Association: |
|---|---|---|
| 0001 | MCCURDY, ADAM G | OWNER |