IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADAM McCURDY, | ) |
| Plaintiff, | ) |
| v. | ) No.: 14 CV 003645 |
| | ) |
| FIFTH THIRD MORTGAGE CORP., and | ) Judge Sarah L. Ellis |
| SAFE GUARD PROPERTIES, | ) Magistrate Sidney I. Schenkier |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:  Brittany Kirk  
DINSMORE & SHOHL LLP  
227 W. Monroe Ave. Suite 3850  
Chicago, Illinois 60606

Panos Topalis  
TRIBLER OPETT & MEYER  
225 W. Washington Ave. Suite 1300  
Chicago, Illinois 60606

PLEASE TAKE NOTICE that I filed the Stipulation of Voluntary Dismissal of Counts III and IV on December 10, 2014. The Vountary Stipulation to Dismiss is attached hereto.

Respectfully submitted,

Dated: December 10, 2014

**ADAM MCCURDY**

By: /s/Richard J. Miller  
One of Plaintiff's Attorneys

RICHARD J. MILLER (ARDC #6294472)  
Miller Law Firm, P.C.  
1051 Perimeter Drive, Suite 400  
Schaumburg, Illinois 60173  
Telephone: (847) 995-1205  
Facsimile: (847) 995-1204  
E-mail: Richard.miller@millerlawfirm.org

1

## CERTIFICATE OF FILING AND SERVICE

I, Richard J. Miller, do hereby certify that a true and correct copy of Notice of Filing and Stipulation of Dismissal was electronically filed using this Court's CM/ECF system on this 10th day of December, 2014.

By: /s/Richard J. Miller
One of Plaintiff's Attorneys