IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADAM McCURDY, | ) |
|     Plaintiff, | ) |
| v. | ) No.: 14 CV 003645 |
| | ) |
| FIFTH THIRD MORTGAGE CORP., and | ) Judge Sarah L. Ellis |
| SAFE GUARD PROPERTIES, | ) Magistrate Sidney I. Schenkier |
| | ) |
|     Defendants. | ) |

## NOTICE OF FILING

To:   Brittany Kirk                               Panos Topalis
       DINSMORE & SHOHL LLP        TRIBLER OPETT & MEYER
       227 W. Monroe Ave. Suite 3850   225 W. Washington Ave. Suite 1300
       Chicago, Illinois 60606               Chicago, Illinois 60606

      PLEASE TAKE NOTICE that I filed the Stipulation of Dismissal on December 12, 2014.

The Stipulation of Dismissal is attached hereto.

                                                  Respectfully submitted,

Dated:  December 12, 2014            **ADAM MCCURDY**

                                               By:  /s/Richard J. Miller
                                                      One of Plaintiff's Attorneys

RICHARD J. MILLER (ARDC #6294472)
Miller Law Firm, P.C.
1051 Perimeter Drive, Suite 400
Schaumburg, Illinois 60173
Telephone: (847) 995-1205
Facsimile: (847) 995-1204
E-mail: Richard.miller@millerlawfirm.org

## CERTIFICATE OF FILING AND SERVICE

I, Richard J. Miller, do hereby certify that a true and correct copy of Notice of Filing and Stipulation of Dismissal was electronically filed using this Court's CM/ECF system on this 12th day of December, 2014.

By: /s/Richard J. Miller
One of Plaintiff's Attorneys