UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Adam McCurdy
          Plaintiff,

v.                   Case No.: 1:14–cv–03645
                    Honorable Sara L. Ellis

Fifth Third Mortgage Corp, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, December 14, 2014:

  MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Stipulation of Dismissal [41], this action is dismissed with prejudice, with each party to bear their own costs and attorneys' fees. All pending dates and/or motions are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.